UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEFFREY A. HUNT, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | CAUSE NO. 1:05-cv-542 VSS-DFH |
| ) | |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| DEFENDANT. | |

## JUDGMENT

Pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's decision is REVERSED and this matter REMANDED to the Commissioner for further administrative proceedings.

08/29/2005

_V. Sue Shields_

V. Sue Shields, Magistrate Judge

Copies to:

Joseph W. Shull

Thomas E. Kieper